**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 84 WAL 2020
                                    :
           Respondent               :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court
           v.                          :
                                    :
                                    :
DANIEL GREER,                     :
                                    :
           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.